

# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

DARLENE BYRNE, CHIEF JUSTICE
GISELA D. TRIANA, JUSTICE
CHARI L. KELLY, JUSTICE
ROSA LOPEZ THEOFANIS, JUSTICE
KARIN CRUMP, JUSTICE
MAGGIE ELLIS, JUSTICE

JEFFREY D. KYLE, CLERK

**RECEIVED**

April 25, 2025

Fifteenth Court of Appeals
Christopher A. Prine
Clerk of Court

April 25, 2025

The Honorable Christopher A. Prine
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    15-24-00095-CV
       Trial Court Case Number:    D-1-GN-24-002025

Style:   Edward Rudolph Turnbull, IV
         v. Commission for Lawyer Discipline, Daniela Grosz, Daniel Martinez, Seana
         Willing, John S. Brannon, Amanda Kates, Jenny Hodgkins, and the Board of
         Directors of the State Bar of Texas, Cindy V. Tisdale, Steve Benesh, Laura
         Gibson, Kennon Lily Wooten, et al.

Dear Honorable Christopher A. Prine:

The Third Court of Appeals agrees to accept the transfer from the Fifteenth Court of
Appeals of the appeal styled *Edward Rudolph Turnbull v. Commission for Lawyer
Discipline*, No. 15-24-00095-CV. *See* Tex. R. App. P. 27a.

Very truly yours,

Jeffrey D. Kyle, Clerk

cc:    Patrick Mizell              John Rudinger Jr.
       Daniel J. Olds             Jadd F. Masso
       Gaines F. West             Michael G. Graham
       Emily S. Bamesberger       Brooke A. Noble
       Mr. Royce Lemoine